V#629782 #128249

FILED
2010 JAN 25 PM 1:13
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     *     CASE # 06-31005 S
             CHAPTER 13
        *

Runion, John K. & Tammy S.
Debtor     *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 600645 | Robert Johnston<br>511 West Main Street<br>Crestline, Oh 44875 | .17 | 9/30/09 |

2. Your trustee's check #629782 for a total of $.17 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 01/15/10

                               John P. Gustafson
                               Trustee in Bankruptcy